UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**

JAN 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGI VASILEV PLETNYOV,
a/k/a "Andrzej Stanislaw Slusarczyk,"

NIKOLAY GEORGIEV MINCHEV,
a/k/a "Michael Pierce,"

IVAYLO VASILEV PLETNYOV,
a/k/a "Floyd Beverdige,"
a/k/a "Georgi Blagoev Stefanov,"

GEORGI BOYCHEV GEORGIEV,
a/k/a "Josef Vebr,"
a/k/a "Brian Behrendt,"
a/k/a "Jiří Mucha,"
a/k/a "Sašo Bizjak,"

ANTOANETA ANGELOVA GENOVA,
a/k/a "Ivelina Petkova,"
a/k/a "Ashley Paterson,"
a/k/a "Stasé Navardauskiené," and

ROMAN TEODOR
a/k/a "Doro,"

Defendants.

CRIMINAL NO. 08 - 0 0 1

FILED UNDER SEAL

## ORDER

THIS CAUSE, having come before the Court on United States' Motion to Seal in the above-captioned matter, and the Court having considered the grounds raised in said motion, being otherwise advised in the premises, and finding good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion to Seal is **GRANTED**. The Clerk of Court is directed to seal the entire docket, including but not limited to the Indictment and any related paperwork in the above-captioned matter, the arrest warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), the government's sealing motion and this Order and to delay entry on the public docket of the filing of the afore-described matters pending further order of the Court.

DATED: January 9, 2007

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc: DOJ/OCRS Trial Attorney Lisa Page