## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on November 3, 2006**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **CRIMINAL NO.** |
| | : | |
| Plaintiff, | : | <u>UNDER SEAL</u> |
| | : | |
| v. | : | |
| | : | **GRAND JURY ORIGINAL** |
| | : | **VIOLATIONS:** |
| **GEORGI VASILEV PLETNYOV,** | : | |
| a/k/a "Andrzej Stanislaw Slusarczyk," | : | **18 U.S.C. § 371 (Conspiracy)** |
| | : | |
| **NIKOLAY GEORGIEV MINCHEV,** | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| a/k/a "Michael Pierce," | : | |
| | : | **18 U.S.C. § 1956(h)** |
| **IVAYLO VASILEV PLETNYOV,** | : | **(Money Laundering Conspiracy)** |
| a/k/a "Floyd Beverdige," | : | |
| a/k/a "Georgi Blagoev Stefanov," | : | **18 U.S.C. § 981(a)(1)(C) &** |
| | : | **28 U.S.C. § 2461(c) (Forfeiture)** |
| **GEORGI BOYCHEV GEORGIEV,** | : | |
| a/k/a "Josef Vebr," | : | **18 U.S.C. § 982 (Forfeiture)** |
| a/k/a "Brian Behrendt," | : | |
| a/k/a "Jiří Mucha," | : | |
| a/k/a "Sašo Bizjak," | : | |
| | : | |
| **ANTOANETA ANGELOVA GETOVA,** | : | |
| a/k/a "Ivelina Petkova," | : | |
| a/k/a "Ashley Paterson," | : | |
| a/k/a "Stasé Navardauskiené," and | : | |
| | : | |
| **ROMAN TEODOR** | : | |
| a/k/a "Doro," | : | |
| | : | |
| Defendants. | : | |

## I N D I C T M E N T

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

## COUNT ONE
**(Conspiracy to Commit Wire Fraud)**

## GENERAL ALLEGATIONS

1.      Defendants GEORGI VASILEV PLETNYOV, a/k/a "Andrzej Stanislaw Slusarczyk," NIKOLAY GEORGIEV MINCHEV, a/k/a "Michael Pierce," IVAYLO VASILEV PLETNYOV, a/k/a "Floyd Beverdige," a/k/a "Georgi Blagoev Stefanov," GEORGI BOYCHEV GEORGIEV, a/k/a "Josef Vebr," a/k/a "Brian Behrendt," a/k/a "Jiří Mucha," a/k/a "Sašo Bizjak," and ANTOANETA ANGELOVA GETOVA, a/k/a "Ivelina Petkova," a/k/a "Ashley Paterson,"a/k/a "Stasé Navardauskiené," were citizens of the Republic of Bulgaria (Bulgaria), and resided at various times in Bulgaria, the Slovak Republic (Slovakia), the Czech Republic and Poland.  Defendant ROMAN TEODOR, a/k/a "Doro," was a citizen of Romania.  At no time were the defendants GEORGI PLETNYOV, MINCHEV, IVAYLO PLETNYOV, GEORGIEV, GETOVA, and TEODOR residents of the United States of America.

2.      eBay, Inc. ("eBay") was an Internet-based company which operated a commercial interactive online auction and shopping service where consumers could conduct financial transactions to purchase and sell items, including automobiles and luxury boats, on a specially identified website ("eBay website").  When a seller and buyer contacted each other through the eBay website, the finalization of the transaction, including payment for and delivery of the merchandise, was arranged by the buyer and seller, facilitated by eBay's website. While eBay's physical corporate headquarters were located in San Jose, California, eBay operated its auction and shopping service on the Internet from the domain location of http://www.ebay.com.  Using

-2-

this website, eBay transacted business throughout the United States and the world.

3.     "eBay Secure Trader," "eBay Square Trade," and "eBay Safe Harbour" were fabricated companies which displayed the eBay logo and purported to provide secure escrow services.  These fictitious "services" were used by the defendants and others to divert payments from the eBay website and entice the victims to wire money to accounts controlled by the defendants and their co-conspirators.  In truth and fact, eBay Secure Trader, eBay Square Trade, and eBay Safe Harbour had no affiliation with eBay and instead were instruments of fraud used by the defendants and others to lull the victims into believing their online transactions were safe and secure.

## THE CONSPIRACY

4.     From at least in or about July 2005, and continuing through at least in or about October 2006, in multiple districts throughout the United States, in the Republic of Hungary, the Slovak Republic (Slovakia), the Czech Republic, Poland, Bulgaria, and elsewhere, and pursuant to 18 U.S.C. § 3238, within the venue of this Court, the defendants,

**GEORGI VASILEV PLETNYOV,**
**a/k/a "Andrzej Stanislaw Slusarczyk,"**

**NIKOLAY GEORGIEV MINCHEV,**
**a/k/a "Michael Pierce,"**

**IVAYLO VASILEV PLETNYOV,**
**a/k/a "Floyd Beverdige,"**
**a/k/a "Georgi Blagoev Stefanov,"**

**GEORGI BOYCHEV GEORGIEV,**
**a/k/a "Josef Vebr,"**
**a/k/a "Brian Behrendt,"**
**a/k/a "Jiří Mucha,"**
**a/k/a "Sašo Bizjak,"**

**ANTOANETA ANGELOVA GETOVA,**
**a/k/a "Ivelina Petkova,"**
**a/k/a "Ashley Paterson,"**
**a/k/a "Stasé Navardauskiené," and**

**ROMAN TEODOR,**
**a/k/a "Doro,"**

and separately charged co-conspirator Mariyana Feliksova Lozanova, a/k/a "Gentiane La

France," "Naomi Elizabeth De Bont," "Nicole Bach," "Michaela Matraguna," and others known

and unknown to the grand jury, did knowingly and willfully combine, conspire, confederate, and

agree with each other to commit an offense against the United States, to wit: wire fraud, that is,

having devised and intended to devise a scheme and artifice to defraud, and to obtain money and

property by means of false and fraudulent pretenses, representations, and promises, transmitted

and caused to be transmitted by means of wire communication in interstate and foreign

commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme

and artifice, in violation of 18 U.S.C. § 1343.

## MANNER AND MEANS

5.     Among the manner and means by which defendants GEORGI PLETNYOV,

MINCHEV, IVAYLO PLETNYOV, GEORGIEV, GETOVA, TEODOR and others known and

unknown to the grand jury, accomplished, and attempted to accomplish, the objectives of the

conspiracy included, but are not limited to, the following:

6.     The defendants and others, by using computers and the Internet, posted and

caused the posting in interstate and foreign commerce, of numerous misleading advertisements

on eBay containing photographs and detailed descriptions of the purported vehicles and boats

that were available for purchase.  In truth and fact, the goods were not available for purchase.

-4-

7.     The defendants and others, posing as sellers, caused emails to be transmitted in interstate and foreign commerce, to and from unwitting victims in the United States, who were eBay consumers interested in buying the advertised items.  When a victim emailed the purported seller to inquire about the availability of an advertised car or boat, the purported sellers replied to the buyer via email, and not through the eBay website.  The purported seller directed the victim to send payment to eBay Secure Trader, eBay Square Trade, or eBay Safe Harbour, claiming these "secure" escrow services were affiliated with eBay.

8.     In furtherance of their scheme, the defendants and others caused fraudulent invoices for the vehicles and boats to be transmitted in interstate and foreign commerce via emails from the above-referenced escrow companies and others.  The invoices contained numerous material misrepresentations as to the seller's identity and the legitimacy of the transaction, among other things.  The invoices also directed the buyers to wire transfer payments to bank accounts controlled by the defendants and their co-conspirators.

9.     It was further a part of the scheme that the defendants and others would falsely respond to complaints by victims about not receiving their paid-for cars and boats by sending email messages to those buyers containing false and fraudulent excuses for the delays.  The emails falsely represented that the transactions were valid and protected by eBay, and that payment would be refunded if the buyer was not satisfied.

10.    The defendants and others caused victims in the United States to transmit interstate and foreign emails and faxes to eBay Secure Trader, eBay Square Trade, or eBay Safe Harbour to confirm payment and to obtain the victims' wire transfer information.

11.    The defendants and others routinely exchanged cellular telephone calls and text

messages to provide timely notice of the arrival of a victim's wire transfer of funds into one of

the bank accounts they controlled in Hungary, Slovakia, the Czech Republic, and Poland.  The

defendants and others immediately withdrew the proceeds from their specified accounts once

they were deposited and distributed the proceeds to promote the scheme, and for their own

personal enrichment.  The defendants and others failed to deliver any of the advertised vehicles

and boats to the victims.

12.     To further avoid detection from law enforcement and the victims, the defendants

created false identification documents, and opened bank accounts using aliases and assumed

names.

13.     The defendants and others engaged in other acts to further their fraudulent scheme

and conceal their activities from law enforcement.

**OVERT ACTS**

14.     In furtherance of the conspiracy, and to effect the objects thereof, defendants

GEORGI PLETNYOV, MINCHEV, IVAYLO PLETNYOV, GEORGIEV, GETOVA, TEODOR

and others known and unknown to the grand jury committed and caused to be committed the

following overt acts, among others:

**False Identification Documents**

**1 through 20.**  On various dates between July 2005 and October 2006, the

defendants and others created, and caused to be created, false and fraudulent official

identification documents.  These documents include, but are not limited to, the following:

**1.**  A false and fraudulent identification document for GEORGI PLETNOV:

| Overt Act | Document |
|:---:|---|
| 1 | Canadian passport (No. PC524699) in the name of "Andrzej Stanislaw Slusarczyk" |

2. A false and fraudulent identification document for MINCHEV:

| Overt Act | Document |
|:---:|---|
| 2 | Australian passport (No. L7157576) in the name of "Michael Pierce" |

3 through 4. False and fraudulent identification documents for IVAYLO

PLETNYOV:

| Overt Act | Document |
|:---:|---|
| 3 | Australian passport (No. L1468080) in the name of "Floyd Beverdige" |
| 4 | Bulgarian passport (No. 3108231128) in the name of "Georgi Blagoev Stefanov" |

5 through 12. False and fraudulent identification documents for GEORGI

GEORGIEV:

| Overt Act | Document |
|:---:|---|
| 5 | Czech passport (No. 33527574) in the name of "Josef Vebr" |
| 6 | Czech I.D. card (No. EA496800) in the name of "Josef Vebr" |
| 7 | Danish passport (No. 230872-2859) in the name of "Brian Behrendt" |
| 8 | Danish driver's license (No. 2091357) in the name of "Brian Behrendt" |
| 9 | Czech passport (No. 1979838) in the name of "Jiří Mucha" |

| Overt Act | Document |
|:---:|:---|
| 10 | Czech I.D. card (No. CF637015) in the name of "Jiří Mucha" |
| 11 | Slovenian passport (No. P00225927) in the name of "Sašo Bizjak" |
| 12 | International driver's license (No. 97001134006) in the name of "Sašo Bizjak" |

**13 through 17.** False and fraudulent identification documents for GETOVA:

| Overt Act | Document |
|:---:|:---|
| 13 | Italian passport (No. E717128) in the name of "Ivelina Petkova" |
| 14 | Italian I.D. card in the name of "Ivelina Petkova" |
| 15 | British passport (No. 702232846) in the name of "Ashley Patterson" |
| 16 | Lithuanian passport (No. LK673446) in the name of "Stasé Navardauskiené" |
| 17 | Lithuanian drivers license (No. BJ692231) in the name of "Stasé Navardauskiené" |

**18 through 20.** False and fraudulent identification documents for LOZANOVA:

| Overt Act | Document |
|:---:|:---|
| 18 | Canadian passport (No. MJ370452) in the name of "Gentiane La France" |
| 19 | International driver's license (No. WDC101801794192) in the name of "Gentiane La France" |
| 20 | United Kingdom passport (No. 451653149) in the name of "Naomi Elizabeth De Bont" |

## Opening Bank Accounts Under Aliases

**21 through 40.**  In furtherance of the scheme, the defendants and others fraudulently presented the aforementioned false official identification documents to bank officials in Hungary, Slovakia, the Czech Republic, and Poland, among others, to open bank accounts, conduct financial transactions, withdraw the proceeds of their fraudulent scheme, and to avoid detection by law enforcement officers after they failed to deliver any of the vehicles and boats to the victims who were located in the United States.

**21.**  On or about a date unknown, but at least February 8, 2006, defendant GEORGI PLETNYOV fraudulently presented a Canadian passport, further described above in Overt Act 1 to open the following bank account in the name of "Andrzej Stanislaw Slusarczyk":

| Overt Act | Account | Location |
|-----------|---------|----------|
| 21 | HVB, Account No. 1332358003/8080 | Bratislava, Slovakia |

**22 through 26.**  On or about a date unknown, but by at least July 25, 2005, defendant MINCHEV fraudulently presented a false Australian passport, further described above in Overt Act 2 to open the following bank accounts in the name of "Michael Pierce":

| Overt Act | Account | Location |
|-----------|---------|----------|
| 22 | Vseobecna úterová banka (VUB), Account No. 2120015951 | Bratislava, Slovakia |
| 23 | VUB, Account No. 2120015951/0200 | Bratislava, Slovakia |
| 24 | Istrobanka, Account No. 6931025 | Bratislava, Slovakia |

| Overt Act | Account | Location |
|:---:|:---|:---|
| 25 | Istrobanka, Account No. 2129962955/0200 | Bratislava, Slovakia |
| 26 | Unibanka, Account No. 8158902 | Bratislava, Slovakia |

**27 through 28.** On or about a date unknown, but by at least January 26, 2006, defendant IVAYLO PLETNYOV presented a false and fraudulent Australian passport, further described above in Overt Act 3, to open the following bank accounts in the name of "Floyd Beverdige":

| Overt Act | Account | Location |
|:---:|:---|:---|
| 27 | Volksbank, Account No. 1030238102 | Bratislava, Slovakia |
| 28 | HypoVereinsbank (HVB), Account No. 1002379602/3100 | Bratislava, Slovakia |

**29.** On or about a date unknown, but by at least September 29, 2006, defendant GEORGIEV presented a false and fraudulent Czech passport, further described above in Overt Act 9, to open the following bank accounts in the name of "Jiří Mucha":

| Overt Act | Account | Location |
|:---:|:---|:---|
| 29 | Raiffeisen Bank, Account No. 71-1750-0012-0000-0000-0784-4767 | Warsaw, Poland |

**30 through 31.** On or about a date unknown, but by at least September 20, 2006, defendant GEORGIEV presented a false and fraudulent Slovenian passport, further described above in Overt Act 11, to open the following bank accounts in the name of "Sašo Bizjak":

-10-

| Overt Act | Account | Location |
|-----------|---------|----------|
| 30 | Bank Przemyslowo Handlowy (BPH), Account No. 22-1060-0076-0000-3600-0005-5209 | Warsaw, Poland |
| 31 | Millennium Bank, Account No. 16-1160-2202-0000-0000-7468-9837 | Wroclaw, Poland |

**32 through 33.**  On or about a date unknown, but by at least October 13, 2006, defendant GETOVA presented a false and fraudulent Lithuanian passport, further described above in Overt Act 16, to open the following bank accounts in the name of "Stasé Navardauskiené":

| Overt Act | Account | Location |
|-----------|---------|----------|
| 32 | BPH, Account No. 24-1060-0076-0000-3600-0005-9441 | Warsaw, Poland |
| 33 | Millennium Bank, Account No. 63-1160-2202-0000-0000-7908-5031 | Wroclaw, Poland |

**34 through 39.**  On or about a date unknown, but by at least March 30, 2006, co-conspirator LOZANOVA, using the fraudulent alias of "Gentiane La France," presented a false and fraudulent Canadian passport, further described above in Overt Act 18, to open the following bank accounts in the name of "Gentiane La France":

| Overt Act | Account | Location |
|-----------|---------|----------|
| 34 | Istrobanka, Account No. 810003-238027/4900 | Bratislava, Slovakia |

| Overt Act | Account | Location |
|---|---|---|
| 35 | OTP Banka Slovensko, Account No. 8964007/5200 | Bratislava, Slovakia |
| 36 | VUB, Account No. 2129962955/0200 | Bratislava, Slovakia |
| 37 | Dexia Banka, Account No. 9608534001/5600 | Zilina, Slovakia |
| 38 | K & H Bank, Account No. 1040-0085-8151-5152-4857-1003 | Budapest, Hungary |
| 39 | OTP Bank, Account No.HU16-1177-5087-1335-7010-0000-0000 | Budapest, Hungary |

**40.** On or about a date unknown, but by at least April 4, 2006, co-conspirator LOZANOVA, fraudulently using the alias of "Naomi Elizabeth De Bont," presented a false and fraudulent British passport, further described above in Overt Act 20, to open the following bank accounts in the name of "Naomi Elizabeth De Bont":

| Overt Act | Account | Location |
|---|---|---|
| 40 | Magyarorszagi Volksbank Rt, Account No. HU62-1410-0392-9454-0701-0100-0005 | Budapest, Hungary |

### Deceptive eBay Postings

**41 through 53.** On or about a date unknown, but as early as July 2005, the defendants and others caused fraudulent postings to appear on the eBay website through transmissions in interstate and foreign commerce, purporting to offer for sale the vehicles and boats described below, among others:

-12-

| Overt Act | Fraudulent eBay Offering | Price (USD) |
|---|---|---|
| 41 | 2003 BMW Z8 Roadster | $46,000 |
| 42 | 2003 BMW M5 | $22,000 |
| 43 | Volkswagen Touareg V10 TDI | $27,000 |
| 44 | 2002 Baja H2X Boss Boat | $19,000 |
| 45 | 2004 Tige 22V Boat | $19,000 |
| 46 | 2004 VW Touareg V10 TDI | $26,000 |
| 47 | 2006 BMW M5 | $50,000 |
| 48 | 2005 Aston Martin DB9 Coupe | $60,000 |
| 49 | 2004 Volkswagen Touareg V10 TDI | $34,900 |
| 50 | 1998 Mercedes-Bens SL500 Roadster | $15,200 |
| 51 | 2004 Jeep Grand Cherokee | $14,900 |
| 52 | 2004 Range Rover | $25,000 |
| 53 | 2004 Jeep Grand Cherokee | $13,000 |

**Fraudulent Invoices**

**54 through 73.** On or about the dates indicated, the defendants and others caused the fraudulent invoices described below, among others, to be transmitted by emails in interstate and foreign commerce, from a company identified as "eBay Secure Trader," "eBay Square Trade," or "eBay Safe Harbour," among others, to the intended buyers in the United States. Each fraudulent invoice instructed the buyer to wire transfer payments to one of the bank accounts described above in Overt Acts 21 through 40, among others. The invoices also represented that the wired payments would remain in the specified account, would not be released until the buyer had received and inspected the merchandise, and that the buyer was "fully protected" in their transaction.

-13-

| Overt Act | Invoice Date | Merchandise | Buyer/ State | Price (USD) |
|---|---|---|---|---|
| 54 | 02/04/2006 | 2004 Volkswagon Touareg V10 TDI | F.C./CA | $34,900 |
| 55 | 02/08/2006 | 2002 Sea Ray 340 Sundancer | I.G./NV | $20,000 |
| 56 | 02/16/2006 | 2004 Jeep Grand Cherokee | B.K./NC | $13,000 |
| 57 | 02/23/2006 | 2005 Porsche Cayenne Turbo | J.Z./CA | $36,000 |
| 58 | 03/01/2006 | 2004 Cadillac XLR Roadster | C.W./CA | $30,000 |
| 59 | 03/03/2006 | 2004 Jeep Grand Cherokee | J.B./IL | $14,900 |
| 60 | 03/09/2006 | 2004 Range Rover | A.R./AL | $5,000 |
| 61 | 03/14/2006 | Volkswagen Touareg V10 TDI | D.W./GA | $27,000 |
| 62 | 03/14/2006 | 2004 Tige 22V Boat | B.E./ID | $19,000 |
| 63 | 03/16/2006 | 2004 Range Rover | A.R./AL | $20,000 |
| 64 | 03/16/2006 | 2003 BMW Z8 Roadster | G.J./SC | $46,000 |
| 65 | 03/16/2006 | 2002 Baja H2X Boss Boat | D.H./ME | $17,000 |
| 66 | 03/20/2006 | 2003 BMW M5 | G.J./SC | $22,000 |
| 67 | 03/20/2006 | 2004 VW Touareg V10 TDI | T.B./MI | $26,000 |
| 68 | 03/23/2006 | 2006 BMW M5 | K.V./LA | $50,000 |
| 69 | 03/27/2006 | 2005 BMW M3 Convertible | G.J./SC | $29,000 |
| 70 | 03/27/2006 | 2006 BMW 650i Sport | G.J./SC | $45,000 |
| 71 | 04/04/2006 | 2004 Range Rover | A.R./AL | $20,000 |
| 72 | 04/11/2006 | 2005 Aston Martin DB9 Coupe | K.V./LA | $60,000 |
| 73 | 10/12/2006 | 1998 Mercedes-Bens SL500 Roadster | B.W./FL | $15,200 |

All in violation of 18 U.S.C. §§ 371 and 1343.

## COUNT TWO
### (Money Laundering Conspiracy)

1.      From at least in or about July 2005, and continuing through at least in or about

October 2006, in multiple districts throughout the United States, the Republic of Hungary, the

Slovak Republic (Slovakia), the Czech Republic, Poland, Bulgaria, and elsewhere, and pursuant

to 18 U.S.C. § 3238, within the venue of this Court, the defendants,

**GEORGI VASILEV PLETNYOV,**
**a/k/a "Andrzej Stanisław Slusarczyk,"**

**NIKOLAY GEORGIEV MINCHEV,**
**a/k/a "Michael Pierce,"**

**IVAYLO VASILEV PLETNYOV,**
**a/k/a "Floyd Beverdige,"**
**a/k/a "Georgi Blagoev Stefanov,"**

**GEORGI BOYCHEV GEORGIEV,**
**a/k/a "Josef Vebr,"**
**a/k/a "Brian Behrendt,"**
**a/k/a "Jiří Mucha,"**
**a/k/a "Sašo Bizjak,"**

**ANTOANETA ANGELOVA GETOVA,**
**a/k/a "Ivelina Petkova,"**
**a/k/a "Ashley Paterson,"**
**a/k/a "Stasé Navardauskiené,"and**

**ROMAN TEODOR,**
**a/k/a "Doro,"**

and separately charged co-conspirator Mariyana Feliksova Lozanova did knowingly conspire,

confederate, and agree with each other and with other persons known and unknown to the grand

jury to commit offenses against the United States, that is, to violate Title 18, United States Code,

Section 1956(a)(2)(A).

2.      It was the purpose and object of the conspiracy to knowingly conduct and attempt

-15-

to conduct financial transactions affecting interstate and foreign commerce, that is, to transport, transmit, and transfer monetary instruments and funds, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of said specified unlawful activity; that is, wire fraud, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

3.     The allegations set forth above in Paragraphs 6 through 14 of Count One of this Indictment, are re-alleged and incorporated by reference as if fully stated herein.

## MONETARY TRANSACTIONS

4.     As previously described in Count One of this Indictment, the defendants and others, through their false and fraudulent misrepresentations, caused victim buyers in the United States and elsewhere to engage in the following monetary transactions, among others; namely, the wire transfer of funds from the United States to and through a place outside the United States with the intent to promote the carrying on of the specified unlawful activity:

## Wire Transfers

| Date (Approx.) | From (Buyer/ State) | To (Account Name/Bank) | Location | Amount (Approx. USD) |
|---|---|---|---|---|
| 07/27/2005 | M.P./NE | Michael Pierce, Citibank Account No. 8435730746 | Prague, Czech Republic | $15,500 |
| 08/02/2005 | M.P./NE | Michael Pierce, Citibank Account No. 8435730746 | Prague, Czech Republic | $14,700 |
| 01/26/2006 | R.R./OR | Floyd Beverdige, Volksbank, Account No. 1030238102 | Bratislava, Slovakia | $21,475 |
| 01/27/2006 | M.H./MO | Floyd Beverdige, Volksbank, Account No. 1030238102 | Bratislava, Slovakia | $30,125 |

| **Date**<br>(Approx.) | **From**<br>(Buyer/<br>State) | **To**<br>(Account Name/Bank) | **Location** | **Amount**<br>(Approx.<br>USD) |
|---|---|---|---|---|
| 01/31/2006 | R.L./KY | Floyd Beverdige, Volksbank,<br>Account No. 1030238102 | Bratislava,<br>Slovakia | $10,000 |
| 02/10/2006 | F.C./CA | Michael Pierce, VUB,<br>Account No. 2120015951 | Bratislava,<br>Slovakia | $34,900 |
| 02/10/2006 | I.G./NV | Michael Pierce, VUB,<br>Account No. 2120015951 | Bratislava,<br>Slovakia | $20,000 |
| 02/10/2006 | S.R./AZ | Floyd Beverdige, HVB,<br>Account No. 1002379602/3100 | Bratislava,<br>Slovakia | $24,000 |
| 02/14/2006 | B.S./TX | Michael Pierce, Istrobanka,<br>Account No. 810003-238/4900 | Bratislava,<br>Slovakia | $41,369 |
| 02/15/2006 | I.G./NV | Michael Pierce, VUB,<br>Account No. 2120015951 | Bratislava,<br>Slovakia | $50,000 |
| 02/16/2006 | J.R./AR | Floyd Beverdige, Volksbank,<br>Account No. 1030238102 | Bratislava,<br>Slovakia | $10,000 |
| 02/21/2006 | B.K. &<br>H.P/NC | Andrzej Slusarczyk, HVB,<br>Account No. 1332358003 | Bratislava,<br>Slovakia | $13,000 |
| 02/23/2006 | J.Z./CA | Andrzej Slusarczyk, HVB,<br>Account No. 1332358003 | Bratislava,<br>Slovakia | $36,000 |
| 03/09/2006 | J.B./IL | Gentiane La France, Istrobanka,<br>Account No. 810003-238/4900 | Bratislava,<br>Slovakia | $14,900 |
| 03/09/2006 | A.R./AL | Gentiane La France, Istrobanka,<br>Account No. 238027 | Bratislava,<br>Slovakia | $5,000 |
| 03/14/2006 | D.W./GA | Gentiane La France, VUB,<br>Account No. 2129962955/0200 | Bratislava,<br>Slovakia | $27,000 |
| 03/15/2006 | C.W./CA | Michael Pierce, Unibanka,<br>Account No. 8158902 | Bratislava,<br>Slovakia | $30,000 |
| 03/15/2006 | J.C. &<br>B.E./ID | Gentiane La France, OTP<br>Account No.8964007/5200 | Bratislava,<br>Slovakia | $19,000 |
| 03/16/2006 | A.R./AL | Gentiane La France, Istrobanka,<br>Account No.238027<br>(attempted) | Bratislava,<br>Slovakia | $20,000 |

| **Date** (Approx.) | **From** (Buyer/ State) | **To** (Account Name/Bank) | **Location** | **Amount** (Approx. USD) |
|---|---|---|---|---|
| 03/16/2006 | G.J./SC | Gentiane La France, VUB, Account No. 2129962955/0200 | Bratislava, Slovakia | $46,000 |
| 03/20/2006 | D.H./ME | Gentiane La France, OTP, Account No. 8964007/5200 | Bratislava, Slovakia | $17,000 |
| 03/21/2006 | G.J./SC | Gentiane La France, VUB, Account No. 2129962955/0200 | Bratislava, Slovakia | $22,000 |
| 03/22/2006 | T.B./MI | Gentiane La France, Dexia Banka, Account No. 9608534001/5600 | Zilina, Slovakia | $26,000 |
| 03/24/2006 | K.V./LA | Gentiane La France, K & H Bank, Account No. 1040-0085-8151-5152-4857-1003 | Budapest, Hungary | $50,000 |
| 03/26/2006 | P.B./IN | Gentiane La France, Dexia Banka, Account No. 9608534001 | Zilina, Slovakia | $50,000 |
| 03/30/2006 | G.J./SC | Gentiane La France, OTP, Account No. HU16-1177-5087-1335-7010-0000-0000 | Budapest, Hungary | $29,000 |
| 03/30/2006 | G.J./SC | Gentiane La France, OTP, Account No. HU16-1177-5087-1335-7010-0000-0000 | Budapest, Hungary | $45,000 |
| 04/04/2006 | A.R./AL | Naomi Elizabeth De Bont, Volksbank, Account No. HU62-1410-0392-9454-0701-0100-0005 | Budapest, Hungary | $19,973 |
| 09/06/2006 | J.P./FL | Sašo Bizjak, Millennium Bank, Account No. 16-1160-2202-0000-0000-7468-9837 | Wroclaw, Poland | $10,000 |
| 09/19/2006 | M.O./NC | Sašo Bizjak, Millennium Bank, Account No. 16-1160-2202-0000-0000-7468-9837 | Wroclaw, Poland | $14,890 |

| **Date** (Approx.) | **From** (Buyer/ State) | **To** (Account Name/Bank) | **Location** | **Amount** (Approx. USD) |
|---|---|---|---|---|
| 10/06/2006 | F.T./CA | Stasé Navardauskiené, Millennium Bank, Account No. 63-1160-2202-0000-0000-7908-5031 | Wroclaw, Poland | $17,000 |
| 10/10/2006 | R.G./IA | Stasé Navardauskiené, Millennium Bank, Account No. 63-1160-2202-0000-0000-7908-5031 | Wroclaw, Poland | $19,900 |
| 10/12/2006 | B.W./FL | Stasé Navardauskiené, BPH, Account No. 24-1060-0076-0000-3600-0005-9441 | Warsaw, Poland | $15,200 |

**Cash Withdrawals**

5.     To further promote the scheme, on or about the dates indicated, the defendants and others made the following cash withdrawals, among others, of payments that had been wire transferred from the United States by the victim buyers:

| **Date** (Approx.) | **From** (Account Name/Bank) | **Location** | **Amount** (Approx. USD) |
|---|---|---|---|
| 02/14/2006 | Michael Pierce, VUB Bank, Account No. 2120015951/0200 | Bratislava, Slovakia | $16,130 |
| 02/15/2006 | Michael Pierce, VUB Bank, Account No. 2120015951/0200 | Bratislava, Slovakia | $2,570 |
| 02/15/2006 | Michael Pierce, VUB Bank, Account No. 2120015951/0200 | Bratislava, Slovakia | $3,333 |
| 02/16/2006 | Michael Pierce, VUB Bank, Account No. 2120015951/0200 | Bratislava, Slovakia | $3,333 |
| 02/16/2006 | Michael Pierce, VUB Bank, Account No. 2120015951/0200 | Bratislava, Slovakia | $14,500 |

| Date<br>(Approx.) | From<br>(Account Name/Bank) | Location | Amount<br>(Approx. USD) |
|---|---|---|---|
| 02/21/2006 | Andrzej Slusarczyk, Istrobank, Account No. 610001-230025/4900 | Bratislava, Slovakia | $6,000 |
| 02/22/2006 | Andrzej Slusarczyk, Istrobank, Account No. 610001-230025/4900 | Bratislava, Slovakia | $6,800 |
| 02/27/2006 | Andrzej Slusarczyk, Istrobank, Account No. 610001-230025/4900 | Bratislava, Slovakia | $3,500 |
| 03/13/2006 | Gentiane La France, Istrobank, Account No. 810003-238027/4900 | Bratislava, Slovakia | $20,000 |
| 03/14/2006 | Gentiane La France, Istrobanka, Account No. 810003-238/4900 | Bratislava, Slovakia | $21,508 |
| 03/16/2006 | Gentiane La France, OTP Bank, Account No. 8964007 | Bratislava, Slovakia | $8,000 |
| 03/17/2006 | Gentiane La France, Vseobecna Bank, Account No. 2129962955/0200 | Bratislava, Slovakia | $26,285 |
| 03/17/2006 | Gentiane La France, VUB, Account No.2129962955/0200 | Bratislava, Slovakia | $28,260 |
| 03/20/2006 | Gentiane La France, Vseobecna Bank, Account No. 2129962955/0200 | Bratislava, Slovakia | $45,560 |
| 03/20/2006 | Gentiane La France, VUB, Account No.2129962955/0200 | Bratislava, Slovakia | $48,985 |
| 03/21/2006 | Gentiane La France, VUB, Account No.2129962955/0200 | Bratislava, Slovakia | $23,645 |
| 03/23/2006 | Gentiane La France, Dexia Bank, Account No. 9608534001/5600 | Bratislava, Slovakia | $40,100 |

| Date<br>(Approx.) | From<br>(Account Name/Bank) | Location | Amount<br>(Approx.<br>USD) |
|---|---|---|---|
| 03/28/2006 | Gentiane La France, Dexia Bank, Account No. 9608534001/5600 | Bratislava, Slovakia | $10,000 |
| 03/30/2006 | Gentiane La France, K & H Bank, Account No. 1040-0085-8151-5152-4857-1003 | Budapest, Hungary | $49,850 |

6.      The defendants and others used these funds to promote the scheme and keep it operating in many ways including, but not limited to: travel to and from cities of operation; vehicle rental and fuel; rent and utilities; food and other provisions for the co-conspirators; computer equipment; purchasing the false and fraudulent passports, drivers' licenses, and identification documents; purchasing numerous cellular telephone accounts in order to share information about wire transfers; funds with which to open fraudulent bank accounts; and as compensation for the co-conspirators.

7.      Additionally, the defendants and others used the money for their own personal enrichment.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION ONE
### (Wire Fraud Conspiracy)

1.      The allegations contained in Count One of this Indictment are incorporated herein

by reference as if set forth for the purpose of alleging forfeiture pursuant to the provisions of

18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7)(A), and 1961(1)(B), and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offense alleged in Count One of this Indictment, the

defendants,

**GEORGI VASILEV PLETNYOV,**
**a/k/a "Andrzej Stanislaw Slusarczyk,"**

**NIKOLAY GEORGIEV MINCHEV,**
**a/k/a "Michael Pierce,"**

**IVAYLO VASILEV PLETNYOV,**
**a/k/a "Floyd Beverdige,"**
**a/k/a "Georgi Blagoev Stefanov,"**
**GEORGI BOYCHEV GEORGIEV,**
**a/k/a "Josef Vebr,"**
**a/k/a "Brian Behrendt,"**
**a/k/a "Jiří Mucha,"**
**a/k/a "Sašo Bizjak,"**

**ANTOANETA ANGELOVA GETOVA,**
**a/k/a "Ivelina Petkova,"**
**a/k/a "Ashley Paterson,"**
**a/k/a "Stasé Navardauskiené," and**

**ROMAN TEODOR,**
**a/k/a "Doro,"**

shall forfeit to the United States of America any property, real and personal, which constitutes

and is derived from proceeds traceable to a violation of 18 U.S.C. § 1343, and conspiracy to

commit such an offense. The property subject to forfeiture includes, but is not limited to the

approximate sum of at least $800,000 in United States currency, and its equivalent, and all

proceeds traceable to such sums, which defendants G. PLETNYOV, MINCHEV, I. PLETNYOV, GEORGIEV, GETOVA, and TEODOR obtained directly and indirectly as the result of the violation described in Count One.

3.    In the event any property subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7)(A), and 1961(1)(B), and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendants G. PLETNYOV, MINCHEV, I. PLETNYOV, GEORGIEV, GETOVA , and TEODOR up to the value of the forfeitable property described above.

All pursuant to 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7)(A), and 1961(1)(B), and 28 U.S.C. § 2461(c), and 21 U.S.C. §853(p).

## FORFEITURE ALLEGATION TWO
### (Money Laundering)

1.      The allegations contained in Count Two of this Indictment are incorporated herein

by reference as if set forth in full for the purpose of alleging forfeiture pursuant to the provisions

of 18 U.S.C. § 982.

2.      From at least in or about July 2005, and continuing up to and including the date of

this Indictment, in multiple districts throughout the United States, in the Republic of Hungary, in

the Slovak Republic, and elsewhere, the defendants,

**GEORGI VASILEV PLETNYOV,**
**a/k/a "Andrzej Stanislaw Slusarczyk,"**

**NIKOLAY GEORGIEV MINCHEV,**
**a/k/a "Michael Pierce,"**

**IVAYLO VASILEV PLETNYOV,**
**a/k/a "Floyd Beverdige,"**
**a/k/a "Georgi Blagoev Stefanov,"**

**GEORGI BOYCHEV GEORGIEV,**
**a/k/a "Josef Vebr,"**
**a/k/a "Brian Behrendt,"**
**a/k/a "Jiří Mucha,"**
**a/k/a "Sašo Bizjak,"**

**ANTOANETA ANGELOVA GETOVA,**
**a/k/a "Ivelina Petkova,"**
**a/k/a "Ashley Paterson,"**
**a/k/a "Stasé Navardauskiené,"and**

**ROMAN TEODOR,**
**a/k/a "Doro,"**

and others known and unknown to the grand jury, violated 18 U.S.C. § 1956(h) as alleged in

Count Two.

3.      Upon conviction of violating 18 U.S.C. § 1956(h), as alleged in Count Two,

defendants G. PLETNYOV, MINCHEV, I. PLETNYOV, GEORGIEV, GETOVA, and

TEODOR shall forfeit to the United States the entirety of the defendant's interest in all property,

real and personal, involved in the violation, and any property traceable to such property.

   4. The property subject to forfeiture includes, but is not limited to, United States

currency and its equivalent, in at least the approximate amount of at least $800,000, and all

proceeds traceable to such sums, which defendants G. PLETNYOV, MINCHEV, I. PLETNYOV,

GEORGIEV, GETOVA, and TEODOR obtained directly and indirectly as the result of the

violation described in Count Two.

   5. In the event any of the above-described forfeitable property, as a result of any act

or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without

    difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(2) and 21 U.S.C. § 853(p), to

seek forfeiture of any other property of defendants G. PLETNYOV, MINCHEV, I. PLETNYOV,

GEORGIEV, GETOVA, and TEODOR up to the value of the forfeitable property described

above.

   All pursuant to 18 U.S.C. §§ 1956 and 982.

A TRUE BILL.

_____

FOREPERSON

BRUCE G. OHR, Chief
Organized Crime & Racketeering Section
Criminal Division
U.S. Department of Justice
Washington, D.C.