CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Number 08-0001(PLF) |
| #1: GEORGI VASILEV PLETNYOV ) | |
| #2: NIKOLAY GEORGIEV MINCHEV ) | SEALED |
| #3: IVAYLO VASILEV PLETNYOV ) | CATEGORY B |
| #4: GEORGI BOYCHEV GEORGIEV ) | |
| #5: ANTOANETA ANGELOVA GETOVA ) | |
| #6: ROMAN TEODOR ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>May 19, 2008</u> from <u>Judge Paul L. Friedman</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendants have been fugitives for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk