UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**
MAY 2 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRIMINAL NO. 08-001 *(PLF)*

GEORGI VASILEV PLETNYOV,
a/k/a "Andrzej Stalislaw Slusarczyk,"

NIKOLAI GEORGIEV MINCHEV,
a/k/a "Michael Pierce,"

IVAYLO VASILEV PLETNYOV,
a/k/a Floyd Beverdige,"
a/k/a Georgi Blagoev Stefanov,"

GEORGI BOYCHEV GEORGIEV,
a/k/a "Josef Vebr,"
a/k/a "Brian Behrendt,"
a/k/a "Jiri Mucha,"
a/k/a "Saso Bizjak,"

ANTOANETA ANGELOVA GENOVA,
a/k/a "Ivelina Petkova,"
a/k/a "Ashley Paterson,"
a/k/a "Stasé Navardauskiené," and

ROMAN TEODOR
a/k/a "Doro,"

Defendants.

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the Chief of the Organized Crime and Racketeering Section of the Criminal Division, informs the Court that the above-captioned matter is assigned to Trial Attorney Carmen D. Colón. This is also notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

BRUCE G. OHR,
Chief,
Organized Crime & Racketeering Section

*Carmen D. Colón*
Carmen D. Colón
Trial Attorney
Organized Crime & Racketeering Section
1301 New York Avenue NW
Washington, DC 20001
(202) 353-4425