UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGI VASILEV PLETNYOV,<br>a/k/a "Andrzej Stalislaw Slusarczyk,"<br><br>NIKOLAI GEORGIEV MINCHEV,<br>a/k/a "Michael Pierce,"<br><br>IVAYLO VASILEV PLETNYOV,<br>a/k/a Floyd Beverdige,"<br>a/k/a Georgi Blagoev Stefanov,"<br><br>GEORGI BOYCHEV GEORGIEV,<br>a/k/a "Josef Vebr,"<br>a/k/a "Brian Behrendt,"<br>a/k/a "Jiri Mucha,"<br>a/k/a "Saso Bizjak,"<br><br>ANTOANETA ANGELOVA GENOVA,<br>a/k/a "Ivelina Petkova,"<br>a/k/a "Ashley Paterson,"<br>a/k/a "Stasé Navardauskiené," and<br><br>ROMAN TEODOR<br>a/k/a "Doro,"<br><br>    Defendants. | CRIMINAL NO. 08-001 (PLF)<br><br>**FILED**<br><br>MAY 21 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER ON MOTION TO UNSEAL

    The United States, by and through the undersigned attorney, respectfully moves this

Court for an order directing that the Indictment returned in the above captioned case,

be unsealed for the following reason:

    Defendants Georgi Vasilev Pletnyov, Nikolai Georgiev Minchev, Ivaylo Vasilev



Pletnyov, Georgi Boychev Georgiev and Antoaneta Angelova Genova have been arrested and defendant Roman Teodor is aware of the indictment which has been returned against him.

Respectfully submitted,

BRUCE G. OHR,
Chief, Organized Crime & Racketeering Section
U.S. Department of Justice

*(signature)*
CARMEN COLON
Trial Attorney
Organized Crime & Racketeering Section
U.S. Department of Justice

### ORDER

It is this 21st day of May, 2008 by the United States District Court for the District of Columbia, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

FILED
MAY 2008
Clerk, U.S. District and Bankruptcy Courts

*(signature)*
UNITED STATES ~~MAGISTRATE~~ District JUDGE