CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
      v. ) Criminal Number 08-0001 (PLF)
#1: GEORGI VASILEV PLETNYOV )
#2: NIKOLAY GEORGIEV MINCHEV ) Category B
#3: IVAYLO VASILEV PLETNYOV )
#4: GEORGI BOYCHEV GEORGIEV )
#5: ANTOANETA ANGELOVA GETOVA )
#6: ROMAN TEODOR )

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on May 23, 2008 from The Calendar Committee to Judge Paul L. Friedman by direction of the Calendar Committee.

(Defendants are no longer fugitives.)

                                  JUDGE ELLEN SEGAL HUVELLE
                                  Chair, Calendar and Case
                                  Management Committee

cc:    Judge Friedman & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Criminal Case Processing Clerk
        U.S. Attorney—Judiciary Square Building, Room 5133
        Statistical Clerk